```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15056
    KENNETH K BOLLS
    PHYLLIS A BOLLS                            CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7882   SSN XXX-XX-5377

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/20/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CARMAX AUTO FINANCE      SECURED VEHIC    10628.00       1075.71        1523.99
CARMAX AUTO FINANCE      UNSECURED           45.39           .00            .00
CHASE MORTGAGE SERVICES  CURRENT MORTG         .00           .00            .00
CHASE MORTGAGE SERVICES  MORTGAGE ARRE     1518.89           .00        1518.89
GMAC                     SECURED VEHIC         .00           .00            .00
HARRIS NA                SECURED VEHIC    14868.79       1545.20        1660.49
HARRIS NA                UNSECURED       NOT FILED           .00            .00
CAROLYN BELL             NOTICE ONLY     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS           .00           .00            .00
IL STATE DISBURSEMENT UN UNSECURED       NOT FILED           .00            .00
AFNI INC                 UNSECURED       NOT FILED           .00            .00
ALLIED INT               UNSECURED       NOT FILED           .00            .00
AMSHER COLLECTION SERVIC UNSECURED       NOT FILED           .00            .00
APX ALARM SECURITY SOLUT UNSECURED       NOT FILED           .00            .00
FIA CARD SERVICES        UNSECURED         8431.75           .00            .00
CAPITAL ONE              UNSECURED         2481.10           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1452.77           .00            .00
B-REAL LLC               UNSECURED         2549.94           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         4638.85           .00            .00
DISH NETWORK             UNSECURED       NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL UNSECURED       NOT FILED           .00            .00
GEMB/JCPENNY             UNSECURED       NOT FILED           .00            .00
MCI                      UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL            UNSECURED       NOT FILED           .00            .00
AT&T WIRELESS            UNSECURED           29.30           .00            .00
PARK DANSAN              UNSECURED       NOT FILED           .00            .00
SUPERIOR ASSET MANAGEMEN UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2918.50           .00            .00
STEPHANAS BOLLS          NOTICE ONLY     NOT FILED           .00            .00
SAMS CLUB                UNSECURED          777.59           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          148.10           .00            .00
ROUNDUP FUNDING LLC      UNSECURED          135.66           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15056 KENNETH K BOLLS & PHYLLIS A BOLLS
```

```
ECAST SETTLEMENT CORP    UNSECURED        6211.66              .00             .00
PATIENTS 1ST ER MEDICAL  UNSECURED         824.77              .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,871.50                         2,871.50
TOM VAUGHN               TRUSTEE                                            808.64
DEBTOR REFUND            REFUND                                           1,296.00
```

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 12,300.42

PRIORITY                                           .00
SECURED                                       4,703.37
     INTEREST                                 2,620.91
UNSECURED                                          .00
ADMINISTRATIVE                                2,871.50
TRUSTEE COMPENSATION                            808.64
DEBTOR REFUND                                 1,296.00
                        ---------------    ---------------
TOTALS                  12,300.42             12,300.42

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/10/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 07 B 15056 KENNETH K BOLLS & PHYLLIS A BOLLS